UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:

BRANDON LANIER,

      Plaintiff(s),

vs.

CITY OF MIAMI,

      Defendant(s).

_____/

COMES NOW the DEFENDANT CITY OF MIAMI ("CITY"), by and through undersigned counsel, and pursuant to Title 28 U.S.C. § 1441, et. seq., and hereby gives notice of removal of this cause by the filing and service of this notice and states:

1. On July 5, 2023, the Plaintiff filed an Amended Complaint in Miami-Dade Circuit Court, Case No. 2023-014683-CA-01 (25).

2. The above-referenced complaint was the first receipt by the CITY of a pleading from which it could be ascertained that the case is one which has become removable, as it sets forth purported claims in Counts II and III arising under Title VII of the Civil Rights Act OF 1964 (42 U.S.C. §2000e).

3. Copies of the Amended Complaint served upon the CITY in the action being removed is attached hereto (as an exhibit) in accordance with 28 U.S.C. § 1441(a). The City also attached the original summons and complaint.

4. The Civil Cover Sheet is also attached hereto as an exhibit.

VICTORIA MÉNDEZ, City Attorney
STEPHANIE K. PANOFF,
Division Chief for Labor & Employment
Attorneys for **City of Miami**
444 S.W. 2nd Avenue, Suite 945
Miami, FL  33130-1910
Tel.: (305) 416-1800
Fax: (305) 400-5071
Email:  skpanoff@miamigov.com
Secondary Email:  JMDeloro@miamigov.com


By:  _/s/ **Stephanie K. Panoff**_____
      Stephanie K. Panoff,
      Assistant City Attorney


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 6th day of July ,2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


**By:** */s/ **Stephanie K. Panoff**_____
      Stephanie K. Panoff,
      Assistant City Attorney
      Florida Bar No. 69214

## SERVICE LIST

Michael A. Pizzi, Esq.
6625 Miami Lakes Drive, Suite 316
Miami Lakes Fl 33014
Phone: (786) 594-3948
Fax: (305) 777-3802
Email: mpizzi@pizzilaw.com
Attorney for the **Plaintiff**

VICTORIA MÉNDEZ, City Attorney
STEPHANIE K. PANOFF,
Division Chief for Labor & Employment
Attorneys for **City of Miami**
444 S.W. 2nd Avenue, Suite 945
Miami, FL  33130-1910
Tel.: (305) 416-1800
Fax: (305) 400-5071
Email:  skpanoff@miamigov.com
Secondary Email:  JMDeloro@miamigov.com

## CITY OF MIAMI'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT