United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Brandon Lanier, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-22510-Civ-Scola |
| | ) |
| City of Miami, Defendant. | ) |

## Order Adopting Magistrate Judge's Report and Recommendation on Defendant's Unopposed Motion for Costs

The Court granted Defendant City of Miami's motion to dismiss and entered judgment in favor of the Defendant. (ECF Nos. 56, 68.) The Defendant subsequently filed an unopposed motion for costs seeking reimbursement for $644.00 in costs as the prevailing party in this case. (ECF No. 69.) The Court referred the motion to United States Magistrate Judge Lauren F. Louis for a report and recommendations, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. (ECF No. 70.)

On November 25, 2024, Judge Louis issued a report, recommending that the Court grant in part the Defendant's motion. (Rep. & Rec. 3-4, ECF No. 77.) Specifically, Judge Louis recommended reducing the costs award from $644.00 to $374.00 because the supporting invoices Defendant presented for service of subpoenas "do not specify the number of hours expended by the process server or the number of service attempts made," and "Defendant does not explain why rush fees were paid on two occasions." (*Id.* at 3.) Neither party objected to the report and recommendations.

A district court judge must conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting a de novo review, provided no plain error exists. *See id.*; *Menendez v. Naples Cmty. Hosp. Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 U.S. Dist. LEXIS 215317, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases).

The Court has considered Judge Louis's report, the record, and the relevant legal authorities. The Court finds Judge Louis's report and recommendations cogent and compelling. The Court **affirms** and **adopts** Judge Louis's report and recommendations (**ECF No. 77**), and the Court **grants in part** Defendant's unopposed motion for costs. (**ECF No. 69**.) An award of

taxable costs is entered in favor of Defendant City of Miami, and against Plaintiff Brandon Lanier, in the amount of $374.00.

**Done and ordered** in Miami, Florida, on December 10, 2024.

_____
Robert N. Scola, Jr.
United States District Judge